### File Hashes for IP Address 98.117.60.56

**ISP:** Verizon Online, LLC
**Physical Location:** Lutherville Timonium, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/14/2015 16:43:04 | 6451775D4C28E515E39EAE630DDDB0CF15F13606 | The Rich Girl Part #2 |
| 09/25/2014 21:02:13 | B7DE12E6D18EA2D8472B71E669889275F358EBFF | Sneak N Peek |
| 09/12/2014 18:50:48 | 9BB34F8EB0C9A2CD938995D5C15BB6A7C147CC40 | Shes Not Alone |
| 08/27/2014 04:57:04 | 294B4C6DD84D1EDDB7B75B1589D04B17FA39959D | Saturday Eve |
| 07/28/2014 17:37:08 | 3EFA1185D154CD0E94911E672C6A71D2EE46AF6F | Morning Glory |
| 06/13/2014 14:41:25 | 56C04CA9749582B5ECECCEE63469FE184B45CC2E | Enjoy My Backdoor |
| 06/03/2014 19:58:15 | 655B828DE4F2721CB8A092CE8CE184D2307E5A88 | Epic Love |
| 05/28/2014 21:35:28 | 0FB575065A7682EE9118364408734C4A49FEE3B8 | Just Watch Part 2 |
| 04/14/2014 21:10:15 | 65A94886F80F754C8920E2B13DE0DA0B59DD9BD8 | Rendezvous |
| 04/14/2014 21:05:44 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |
| 03/24/2014 16:54:47 | 7289D888A5AF2BB2D5E5C10DFBCA411225B399B7 | Model Couple on Vacation |
| 03/24/2014 16:29:04 | 146F3034CA5195A381E736560B9AE262DB40432C | Just the Three of Us |
| 03/24/2014 16:26:46 | F97753A6E8E74F6C3FB18138C0015380C682A384 | It Is a Fine Line |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

MD436